# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD ELI CALDERON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIV-05-1141-R |
| | ) |
| **EDWARD EVANS,** | ) |
| | ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered October 1, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and unless Petitioner pays the $5.00 filing fee in full to the Court Clerk within twenty (20) days or by November 17, 2005, this action will be dismissed without prejudice to refiling.

**IT IS SO ORDERED this 1st day of November, 2005.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE