**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICHARD ELI CALDERON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-05-1141-R |
| | ) | |
| JUSTIN JONES, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered February 28, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the petition of Richard Calderon for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED as procedurally barred.

**IT IS SO ORDERED this 22nd day of March, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE